UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUNG-MEE KIM and JUNG KIM,<br><br>        Plaintiffs,<br><br>   v.<br><br>STARWOOD HOTELS & RESORTS WORLDWIDE, INC.,<br><br>        Defendants. | NO. CV-10-0191-EFS<br><br>**ORDER GRANTING THE PARTIES' STIPULATED MOTION VOLUNTARY DISMISSAL** |

    By Stipulation filed September 1, 2010, the parties agree that the above-titled cause of action can be dismissed.  (Ct. Rec. 11.)  Based on the parties' Stipulation, **IT IS HEREBY ORDERED**:

    1. The parties' Stipulated Motion for Order for Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) **(Ct. Rec. 11)** is **GRANTED**.  The above-titled cause of action is **DISMISSED without prejudice**.

    2. This file shall be closed.

    3. All pending motions are **DENIED** as moot.  All hearings are **STRICKEN**.

ORDER * 1

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter
2  this Order and provide copies to counsel.
3      **DATED** this ___2nd___ day of September 2010.

                                      s/Edward F. Shea
                                      EDWARD F. SHEA
                              United States District Judge

Q:\Civil\2010\191.Stip.Dismiss.wpd

ORDER * 2